IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN TENNESSEE

Maurice Dean
        Plantiff

vs.                                                Case No.:02-2694 D

Richard Harrell,
Correctional Officer
        Defendants

## ORDER DENYING DEFAULT JUDGMENT

On 02/27/2006 plaintiff filed a Motion for Default Judgment against Richard Harrell, Correctional Center.

In accordance to FRCvP 55(a), the moving party must request an enty of default by the clerk.

In compliance to FRCvP 55(a), default judgment against the above-named defendants in DENIED.

Entered this 27/th day of February, 2006

                              THOMAS M. GOULD
                              Clerk of Court

                              BY: S/ Jean Lee
                              Deputy Clerk