IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN TENNESSEE

Maurice Dean,
        Plantiff

vs.                                                             Case No.:02-2694 D

Richard Harrell, et al.,
Correctional Officer,
        Defendants

## ORDER DENYING DEFAULT

On March 24, 2006, plaintiff filed a Request for Entry of Default against Richard Harrell, Correctional Officer.

Our records indicate that the defendant Richard Harrell has not been served with summons and complaint. Please refer to order and docket entry #122.(copy of order and docket sheet mailed to plantiff)

In compliance to FRCvP 55(a), entry of default against the above-named defendants in DENIED.

Entered this 07 th day of April, 2006

                                        THOMAS M. GOULD
                                        Clerk of Court

                                          BY: S/Jean Lee
                                          Deputy Clerk